MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:   (415) 552-6031
    Facsimile:    (415) 436-7234
    Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0274 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JONATHAN JUAREZ-HERNANDEZ, | |
| Defendant. | |

      Pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure, the undersigned submits this proposed preliminary order of forfeiture.

      On October 17, 2011, defendant Jonathan Juarez-Hernandez pled guilty to the following five counts of the Superseding Indictment: Counts Two and Four, Production of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(1); Counts Three and Five, Transfer of False Identification Documents, in violation of 18 U.S.C. § 1028(a)(2); and Count

Six, Possession of a Document Making Implement, in violation of 18 U.S.C. § 1028(a)(5). The Superseding Indictment contains a forfeiture allegation. The parties agree that the defendant agrees to forfeit all contraband seized by law enforcement in this case from his possession or control, including but not limited to, the computers, paper cutter, laminator, false identification documents, cell phones, computer diskettes, computer hardware, and printers. The parties agree that these items are specifically contained in Attachment A of this Order.

Accordingly, the Court has determined, based upon the defendant's guilty plea to Counts Two through Six, that all property named in Attachment A of this Order is subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(B), and 1028(b)(5), that the defendant had an interest in such property, and that the government has established the requisite nexus between such property and the offenses.

MELINDA HAAG
United States Attorney

DATED: December 19, 2011            /s/
                                    PATRICIA SPALETTA
                                    Special Assistant United States Attorney

DATED: December 19, 2011            /s/
                                    GEORGE BOISSEAU
                                    Counsel for Defendant

SO ORDERED.

DATED:  December 19, 2011.
                                    William Alsup
                                    UNITED STATES DISTRICT JUDGE